UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY
MEDICAL CENTER, RICHARD COHEN,
DANIEL BENSIMON, JESSICA GARCIA,
CAROL STRAPKAY, GINELLE ANDREWS,
SABRINA STINES, JEAN GOLDBERG

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On 6/19/08 at 12:17 PM at 550 1st Ave, New York, NY 10016 Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **SABRINA STINES** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
**Mahitima Baa**

Sworn to before me on this
19 day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY MEDICAL CENTER, RICHARD COHEN, DANIEL BENSIMON, JESSICA GARCIA, CAROL STRAPKAY, GINELLE ANDREWS, SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **JEAN GOLDBERG** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
Mahitima Baa

Sworn to before me on this
19 day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY**
**MEDICAL CENTER, RICHARD COHEN,**
**DANIEL BENSIMON, JESSICA GARCIA,**
**CAROL STRAPKAY, GINELLE ANDREWS,**
**SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On 6/19/08 at 12:17 PM at 550 1st Ave, New York, NY 10016 Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **GINELLE ANDREWS** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
Mahitima Baa

Sworn to before me on this
19 day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY MEDICAL CENTER, RICHARD COHEN, DANIEL BENSIMON, JESSICA GARCIA, CAROL STRAPKAY, GINELLE ANDREWS, SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **CAROL STRAPKAY** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
**Mahitima Baa**

Sworn to before me on this
19 day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # **CV-08-5150**
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY**
**MEDICAL CENTER, RICHARD COHEN,**
**DANIEL BENSIMON, JESSICA GARCIA,**
**CAROL STRAPKAY, GINELLE ANDREWS,**
**SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **JESSICA GARCIA** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
**Mahitima Baa**

Sworn to before me on this
1٩ day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 ○٩

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY MEDICAL CENTER, RICHARD COHEN, DANIEL BENSIMON, JESSICA GARCIA, CAROL STRAPKAY, GINELLE ANDREWS, SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **DANIEL BENSIMON** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
**Mahitima Baa**

Sworn to before me on this
___ day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY**
**MEDICAL CENTER, RICHARD COHEN,**
**DANIEL BENSIMON, JESSICA GARCIA,**
**CAROL STRAPKAY, GINELLE ANDREWS,**
**SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on **RICHARD COHEN** by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
**Mahitima Baa**

Sworn to before me on this
1̲9̲ day of JUNE 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 0̲9̲

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # **CV-08-5150**
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY**
**MEDICAL CENTER, RICHARD COHEN,**
**DANIEL BENSIMON, JESSICA GARCIA,**
**CAROL STRAPKAY, GINELLE ANDREWS,**
**SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on NEW YORK UNIVERSITY by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Deponent knew said Corporation so served to be the Corporation described herein as same and knew said recipient/ individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

**Mahitima Baa**

Sworn to before me on this
19 day of, JUNE 2008

NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
INDEX # CV-08-5150
Plaintiff,

**DESMOND LEUNG**
**WILTON JONES**

-Against-

**NEW YORK UNIVERSITY, NEW YORK UNIVERSITY**
**MEDICAL CENTER, RICHARD COHEN,**
**DANIEL BENSIMON, JESSICA GARCIA,**
**CAROL STRAPKAY, GINELLE ANDREWS,**
**SABRINA STINES, JEAN GOLDBERG**

Defendant,

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of Kings.

On **6/19/08** at **12:17 PM** at **550 1st Ave, New York, NY 10016** Deponent served a true copy of the **SUMMONS** and **COMPLAINT** on NEW YORK UNIVERSITY MEDICAL CENTER by delivering a true copy of each to **JENNIFER FARIA** a authorized person.

Deponent knew said Corporation so served to be the Corporation described herein as same and knew said recipient/ individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Race/Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **25-32 YRS**
Approx. Height **5'6"-5'7"**
Approx. Wt **135- 145 LBS**

Other identifying Features **NONE**

_____
Mahitima Baa

Sworn to before me on this
19 day of JUNE 2008

_____
N O T A R Y  P U B L I C
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09