USDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: JUL 18 2008

EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall (DM-2924)
Attorneys for New York University and
New York University Hospitals Center
750 Lexington Avenue
New York, New York 10022.6030
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESMOND LEUNG and WILTON JONES,

    Plaintiffs,

    -against-

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY MEDICAL CENTER, RICHARD COHEN, DANIEL BENSIMON, JESSICA GARCIA, CAROL STRAPKAY, GINELLE ANDREWS, SABRINA STINES, and JEAN GOLDBERG,

    Defendants.

---

08 CV 5150 (GBD)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Edwards Angell Palmer & Dodge LLP, attorneys for New York University ("NYU") and New York University Hospitals Center ("NYUHC") (named incorrectly as New York University Medical Center), and the Law offices of Ugo Uzoh, P.C., counsel for Plaintiffs, that the time for NYU and NYUHC to move against, answer, or otherwise respond to the Complaint is extended from July 9, 2008 to and including August 8, 2008. No previous requests for extension of time have been made in this case.

Dated: New York, New York
       July 8, 2008

                                  LAW OFFICES OF UGO UZOH, P.C.

                                  By: _____
                                  Ugochukwu Uzoh (UU-9076)
                                  Attorneys for Plaintiffs
                                  255 Livingston Street, 4th Floor
                                  Brooklyn, New York 11217
                                  718.874.6045

                                  EDWARDS ANGELL PALMER &
                                  DODGE LLP

                                  By: _____
                                  David R. Marshall (DM-2924)
                                  Attorneys for NYU and NYUHC
                                  750 Lexington Avenue
                                  New York, New York 10022
                                  212.912.2788

SO ORDERED: JUL 1 8 2008

_____
U.S.D.J.
**HON. GEORGE B. DANIELS**
Dated: July ___, 2008

- 2 -