EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall
Robert J. Brener
Attorneys for New York University and
New York University Hospitals Center
750 Lexington Avenue
New York, New York 10022.6030
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
DESMOND LEUNG and WILTON JONES,

           Plaintiffs,                                    08 CV 5150 (GBD)

          -against-                                      **RULE 7.1**
                                                              **STATEMENT**
NEW YORK UNIVERSITY, NEW YORK UNIVERSITY
MEDICAL CENTER, RICHARD COHEN, DANIEL
BENSIMON, JESSICA GARCIA, CAROL STRAPKAY,
GINELLE ANDREWS, SABRINA STINES, and JEAN
GOLDBERG,

           Defendants.
_____

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for New York University and NYU Hospitals Center (incorrectly named as New York Univiersity Medical Center), private (non-governmental) parties, certifies that the following are corporate parents, partners, subsidiaries, or affiliates of that party that are publicly held: NONE.

Dated:  September 5, 2008
         New York, New York

                                                  EDWARDS ANGELL PALMER & DODGE LLP

                                             By: _____
                                                   David R. Marshall
                                                   Robert J. Brener
                                                   Attorneys for Defendants New York University and
                                                   NYU Hospitals Center
                                                   750 Lexington Avenue
                                                   New York, New York 10022
                                                   212.308.4411

- 2 -

To:    Ugo Uzoh, P.C.
       Attorneys for Plaintiffs
       255 Livingston Street, 4th Floor
       Brooklyn, NY 11217
       718.874.6045

EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall
Robert J. Brener
Attorneys for New York University and
New York University Hospitals Center
750 Lexington Avenue
New York, New York 10022.6030
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESMOND LEUNG and WILTON JONES,

           Plaintiffs,

    -against-

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY
MEDICAL CENTER, RICHARD COHEN, DANIEL
BENSIMON, JESSICA GARCIA, CAROL STRAPKAY,
GINELLE ANDREWS, SABRINA STINES, and JEAN
GOLDBERG,

           Defendants.

08 CV 5150 (GBD)

**AFFIDAVIT**
**OF SERVICE**

---

Julia Rabinovich, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 5th day of September, 2008, she caused a true and correct copy of the foregoing RULE 7.1 STATEMENT with exhibits annexed thereto to be served upon:

           **Ugo Uzoh, P.C.**
           **Attorneys for Plaintiff**
           **255 Livingston Street, 4th Floor**
           **Brooklyn, NY 11217**

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York.

                                                                     _____
                                                                     Julia Rabinovich

Sworn to before me this
5th day of September 2008

_____
Notary Public

JEAN W. McLOUGHLIN
Notary Public, State of New York
No. 01MC6184463
Qualified in Queens County
Commission Expires April 7, 20 12