UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESMOND LEUNG and WILTON JONES,

                    Plaintiffs,

against

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY MEDICAL CENTER,
RICHARD COHEN, DANIEL BENSIMON,
JESSICA GARCIA, CAROL STRAPKAY,
GINELLE ANDREWS, SABRINA STINES,
and JEAN GOLDBERG,

                    Defendants.

**PLAINTIFFS' NOTICE OF MOTION TO RECONSIDER AND AMEND MEMORANDUM & ORDER**

08 CV 5150 (GBD)

---

**PLEASE TAKE NOTICE**, that upon the accompanying *Memorandum of Law in Support of Plaintiffs' Motion to Reconsider and Amend the Order*, dated April 19, 2011, and all prior pleadings and proceedings heretofore had herein, plaintiffs Desmond Leung and Wilton Jones, by their attorney, Ugochukwu Uzoh, will move this Court before the Honorable George B. Daniels, United States District Judge, at the United States District Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, to reconsider and amend the April 19, 2011 Order, pursuant to Fed. R. Civ. P. Rule 60(b)(6), vacate the April 22, 2011 Judgment, and dismiss any and all of the plaintiffs' remaining claims with prejudice so that the plaintiffs may take an immediate appeal, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Civil Rules of the Southern District of New York, defendants shall serve any opposing affidavits and answering memoranda within fourteen days after service of plaintiffs' motion to reconsider.

Dated: Brooklyn, New York
       October 12, 2012

                                UGO UZOH, P.C.

                      By:    Ugochukwu Uzoh (UU-9076)
                               Attorney for Plaintiffs
                               304 Livingston Street, Suite 2R
                               Brooklyn, New York 11217
                               Tel.: (718) 874-6045

To:
    Edwards Wildman Palmer LLP
    Attorneys for Defendants New York University
    and New York University Medical Center
    750 Lexington Avenue
    New York, NY 10022