UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND LEUNG and WILTON JONES,

                Plaintiffs,

against

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY MEDICAL CENTER, RICHARD COHEN, DANIEL BENSIMON, JESSICA GARCIA, CAROL STRAPKAY, GINELLE ANDREWS, SABRINA STINES, and JEAN GOLDBERG,

                Defendants.

PLAINTIFFS' NOTICE OF MOTION TO STRIKE DEFENDANTS' OPPOSITION PAPERS

08 CV 5150 (GBD)

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Strike Defendants' Opposition Papers Submitted on November 30, 2012, dated December 7, 2012, and all prior pleadings and proceedings heretofore had herein, plaintiffs Desmond Leung and Wilton Jones, by their attorney, Ugochukwu Uzoh, will move this Court before the Honorable George B. Daniels, United States District Judge, at the United States District Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order striking defendants' opposition papers submitted on November 30, 2012, and awarding plaintiffs' attorney's fees, costs and disbursements for making this motion, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Civil Rules of the Southern and Eastern Districts of New York, defendants shall serve any opposing affidavits and answering memoranda within fourteen days after service of plaintiff's motion.

Dated: Brooklyn, New York
December 7, 2012

                              UGO UZOH, P.C.

By:   Ugochukwu Uzoh (UU-9076)
Attorney for Plaintiff
304 Livingston Street, Suite 2R
Brooklyn, New York 11217
Tel.: (718) 874-6045

To:

Edwards Wildman Palmer LLP
Attorneys for Defendants New York University
and New York University Medical Center
750 Lexington Avenue
New York, NY 10022